UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRAYNER GERONIMO-ZORRILLA                                      PETITIONER

V.                                    CIVIL ACTION NO. 3:24-CV-723-KHJ-MTP

WARDEN SHANNON D. WITHERS                                       RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 7th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE